

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-22-00835-CV

**IN RE** Jack Lee **KING**

Original Proceeding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Beth Watkins, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: December 21, 2022

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR WANT OF JURISDICTION

On December 12, 2022, relator Jack Lee King filed a petition for a writ of mandamus seeking to compel the District Clerk of Bexar County, Texas to file his original petition for determination of heirship and his motion for leave to proceed *in forma pauperis*. This court has the authority to issue a writ of mandamus "against a judge of a district or county court in the court of appeals district and other writs as necessary to enforce our appellate jurisdiction." *In re Lann*, No. 04-04-00564-CV, 2004 WL 1881751, at *1 (Tex. App.—San Antonio Aug. 25, 2004, orig. proceeding) (mem. op.) (citing TEX. GOV'T CODE ANN. § 22.221) (internal quotations omitted). However, "[w]e have no mandamus jurisdiction over district clerks unless it is shown the issuance of the writ is necessary to enforce our jurisdiction." *In re Lopez*, No. 04-03-00820-CV, 2003 WL 22658158, at *1 (Tex. App.—San Antonio Nov. 12, 2003, orig. proceeding) (mem. op.). King has made no showing that a writ of mandamus is necessary here to enforce this court's jurisdiction.

After considering the petition and this record, this court concludes it is without jurisdiction over this petition. *See* TEX. GOV'T CODE ANN. § 22.221. Accordingly, the petition for writ of mandamus is dismissed. King's motion for leave to invoke Texas Rule of Appellate Procedure 2 is dismissed as moot.

PER CURIAM